# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

SAMUEL J. NASTO, ET AL. On Behalf of
Themselves And All Others Similarly Situated,

V.

LG ELECTRONICS, INC., ET AL.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CV 08  1371

TO: (Name and address of defendant)

SEE ATTACHED ADDENDUM

MMC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARIO N. ALIOTO
TRUMP, ALIOTO, TRUMP PRESCOTT, LLP
2280 UNION STREET
SAN FRANCISCO, CA 94123

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March 10, 2008

_____ ANN BUCKLEY
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

| Check one box below to indicate appropriate method of service |
|---|
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other *(specify)*: |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                            Signature of Server

                                                                        _____
                                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Addendum-Summons

**NAMES AND ADDRESSES OF DEFENDANTS:**

| | |
|---|---|
| **LG Electronics, Inc.** | LG Twin Towers 20, Yeouido-dong, Yeongdeungpo-gu, Seoul, Korea 150-721 |
| **Samsung Electronics Co., Ltd.** | Samsung Main Building, 250, 2-ga, Taepyong-ro, Jung-gu Seoul 100-742, South Korea |
| **Samsung SDI Co., Ltd.** | $15^{th} - 18^{th}$ Floor, Samsung Life Insurance Building, 150, 2-ga, Taepyong-ro, Jung-gu, Seoul, 100-716, South Korea |
| **Samsung Electronics America, Inc.** | 105 Challenger Road, 6th Floor, Ridgefield Park, New Jersey 07660 |
| **Samsung SDI America, Inc.** | 3333 Michelson Drive, Suite 700, Irvine, California |
| **Samtel Color, Ltd.** | 52, Community Centre, New Friends Colony, New Delhi-110065 |
| **Toshiba Corporation** | 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan |
| **Toshiba America Electronics Components, Inc.** | 9775 Toledo Way, Irvine, California 92618 |
| **Toshiba America Information Systems, Inc.** | 9470 Irvine Boulevard, Irvine, California 92718 |
| **Matsushita Toshiba Picture Display Co., Ltd.** | 1-1, Saiwai-cho, Takatsuki-shi, Osaka 569-1193, Japan |
| **MT Picture Display Corporation of America (New York)** | 100 Westinghouse Circle, Horseheads, New York 14845 |
| **MT Picture Display Corporation of America (Ohio)** | 1554 McKaig Avenue, Building A, Troy, Ohio 45373 |
| **Matsushita Electric Industrial Co., Ltd.** | 1006 Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan |

| | |
|---|---|
| **Panasonic Corporation of North America** | One Panasonic Way, Secaucus, New Jersey |
| **Beijing-Matsushita Color CRT Company, Ltd.** | No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China |
| **Orion Electric Co., Ltd.** | 41-1 Iehisa-cho, Echizen-shi, Fukui 915-8555, Japan |
| **Orion America, Inc.** | Hwy 1 North, Orion Place, Princeton, Indiana |
| **Hitachi, Ltd.** | 6-1 Marunouchi Center Building 13F, Chiyoda-ku, Tokyo 100-8220, Japan |
| **Hitachi America, Ltd.** | 2000 Sierra Point Pkwy. Brisbane, CA 94005-1835 |
| **Hitachi Asia, Ltd.** | 16 Collyer Quay, #20-00 Hitachi Tower, Singapore, 049318 |
| **Chunghwa Picture Tubes, Ltd.** | 1127 Hopin Road, Padeh City, Taoyuan, Taiwan R.O.C. |
| **Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.** | Lot 1, Subang Hi-Tech Industrial Park, Batu Tiga, 4000 Shah Alam, Selangor Darul Ehsan, Malaysia |
| **LP Displays International, Ltd. f/k/a LG Philips Displays** | 6th Floor, ING Tower, 308 Des Voeux Road Central, Sheung Wan, Hong Kong |
| **Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V.** | Amstelplein 2, Breitner Center, 1070 MX Amsterdam, The Netherlands |
| **Philips Electronics North America Corporation** | 1251 Avenue of the Americas, New York, NY 10020-1104 |
| **Irico Group Corporation** | 1 Caihong Rd., Xianyang City, Shaanxi Province 712021 |
| **Irico Display Devices Co., Ltd.** | No. 16, Fenghui South Road West, District High-tech Development Zone, Xi'an, SXI 710075 |
| **Thai CRT Company, Ltd.** | 1/F Siam Cement Road, Bangsue |

|  |  |
|---|---|
|  | Dusit, Bangkok, Thailand |
| **Tatung Company of America, Inc.** | 2850 El Presidio Street, Long Beach, California |