UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>_____<br><br>CRAGO, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>    Defendants.<br>_____ | Case No. 07-5944 SC<br>          08-1319 WDB<br>          08-1364 MEJ<br>          08-1371 MMC<br>          08-1108 JF<br><br>ORDER CONSOLIDATING CASES |

    The Court hereby finds that civil cases Stack et al. v. Chunghwa Picture Tubes, LTD., et al., Case No. 08-1319, Elligson v. Chunghwa Picture Tubes, LTD., et al., Case No. 08-1364, Nasto et al. v. LG Electronics, Inc., et al., Case No. 08-1371, and Gonzalez v. Chunghwa Picture Tubes, LTD., et al., Case No. 08-1108, are suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings.  This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

///

///

This consolidated case will henceforth be referred to as "IN RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1971. All documents are to be filed under case number 07-5944-SC and all future filings are to bear the initials "SC" immediately after the case number.

IT IS SO ORDERED.

Dated: March 17, 2008   

UNITED STATES DISTRICT JUDGE