Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF LUCIUS B. LAU** |

PLEASE TAKE NOTICE that Lucius B. Lau hereby enters his appearance *pro hac vice* in these actions on behalf of defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.  Mr. Lau is admitted to practice and in good standing in the United States District Court for the District of Columbia, among other courts.

| | |
|---|---|
| 1  Dated: May 8, 2008 | Respectfully submitted, |
| 2 | |
| 3 | **WHITE & CASE** LLP |
| 4 | By:  /s/ Lucius B. Lau |
| 5 | Christopher M. Curran (*pro hac vice*) |
|   | George L. Paul (*pro hac vice*) |
| 6 | Lucius B. Lau (*pro hac vice*) |
| 7 | 701 Thirteenth Street, N.W. |
|   | Washington, D.C.  20005 |
| 8 | tel.: (202) 626-3600 |
|   | fax: (202) 639-9355 |
| 9 | |
| 10 | *Counsel to Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |

(Left margin: White & Case LLP, 701 Thirteenth Street, NW, Washington, DC 20005)

# CERTIFICATE OF SERVICE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

On May 8, 2008, I filed the foregoing Notice of Appearance of Lucius B. Lau with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Karen Sewell
Roxane Busey
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago IL 60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard
Philadelphia, PA 19102

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| 1 | Issac L. Diel |
| 2 | SHARP MCQUEEN |
|   | 6900 College Boulevard, Suite 285 |
| 3 | Overland Park, KS 66211 |
| 4 | |
|   | Lori A. Fanning |
| 5 | Matthew E. Van Tine |
|   | MILLER LAW LLC |
| 6 | 115 South LaSalle Street, Suite 2910 |
| 7 | Chicago, IL 60603 |
| 8 | |
|   | John Gressette Felder, Jr. |
| 9 | MCGOWAN HOOD FELDER AND JOHNSON |
|   | 1405 Calhoun Street |
| 10 | Columbia, SC 29201 |
| 11 | |
| 12 | Traviss Levine Galloway |
|    | ZELLE HOFMANN VOELBEL MASON & GETTE |
| 13 | 44 Montgomery Street, Suite 3400 |
| 14 | San Francisco, CA 94104 |
| 15 | |
|    | Martin E. Grossman |
| 16 | LAW OFFICES OF MARTIN E. GROSSMAN |
|    | 2121 Green Brier Drive |
| 17 | Villanova, PA 19085 |
| 18 | |
|    | Richard M. Hagstrom |
| 19 | ZELLE HOFMANN VOELBEL MASON & GETTE LLP |
| 20 | 500 Washington Avenue South, Suite 4000 |
|    | Minneapolis, MN 55415 |
| 21 | |
| 22 | Krishna B. Narine |
|    | SCHIFFRIN & BARROWAY, LLP |
| 23 | Three Bala Plaza East, Suite 400 |
| 24 | Bala Cynwood, PA 19004 |
| 25 | |
|    | Mark Reinhardt |
| 26 | REINHARDT WENDORF & BLANCHFIELD |
|    | East 1250 First National Bank Building |
| 27 | 322 Minnesota Street |
| 28 | St. Paul, MN 55101 |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Jean B. Roth
2  Lawrence P. Schaefer
   Seymour J. Mansfield
3  MANSFIELD TANICK & COHEN
4  1700 U.S. Bank Plaza South
   220 South Sixth Street
5  Minneapolis, MN 55402-4511

6
   Roger Martin Schrimp
7  DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA
8  1601 I Street, 5th Floor
   Modesto, CA 95354
9

10 Imtiaz A. Siddiqui
   LOVELL STEWART HALEBIAN LLP
11 500 Fifth Avenue
12 New York, NY 10110

13 Donna F. Solen
14 MASON LAW FIRM
   1225 19th Street, NW, Suite 500
15 Washington, DC 20036

16
   John M. Taladay
17 BAKER & HOSTETLER
18 1050 Connecticut Avenue NW
   Washington, DC 20036
19

20 Jonathan Mark Watkins
   THE FURTH FIRM LLP
21 225 Bush Street, 15th Floor
22 San Francisco, CA 94104-4249

23
24                                   
                                     _____
25                                   Ted Booth
26
27
28

NOTICE OF APPEARANCE OF LUCIUS B. LAU
Case No. 07-5944 SC
MDL No. 1917

3